ORIGINAL

FILED

01/17/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0664

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0664

IN RE THE ADOPTION OF:

X.K.D.,

a minor child,

BARBARA A. FINK,

Petitioner.

FILED

JAN 17 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Rich'Jeana Williams moves this Court for an extension of time to file the opening brief. She states that she is trying to comply with M. R. App. P. 8(1) and 8(2) "by having the transcripts . . . ." She adds that is not able to provide the transcripts due to the cost. Williams indicates that the motion is unopposed. M. R. App. P. 16(1).

Upon review of this Court's docket, we received the electronic record on December 23, 2024. Williams's opening brief would have been due on January 22, 2025. This motion for extension of time is Williams's first.

Even though Williams was allowed to proceed without paying the filing fee, this waiver does not include the costs of paying the court reporter to prepare the transcripts on appeal. M. R. App. P. 5(5); § 3-5-604, MCA. Unfortunately, there is no provision in Montana law that allows transcripts to be provided in a civil matter such as this one at no cost to any appellant. Williams has acknowledged the duty she has to provide a complete record pursuant to this Court's rules, and she should attempt to make payment arrangements, if possible, with the Court Reporter. Given the foregoing, therefore,

IT IS ORDERED that Williams's Motion for an Extension of Time is GRANTED and Williams SHALL prepare, file, and serve the opening brief on or before Friday, February 21, 2025. Williams may seek additional extensions of time, if necessary.

The Clerk is directed to provide a copy of this Order to counsel of record and to Rich'Jeana Williams along with a copy of this Court's Appellate Handbook.

DATED this 17th day of January, 2025.

For the Court,

By_____

Chief Justice